# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

| | |
|---|---|
| PAUL E. FLOCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-cv-02712-STA-tmp |
| | ) |
| JP MORGAN CHASE BANK, N.A., and | ) |
| WILSON & ASSOCIATES, P.L.L.C. | ) |
| | ) |
| Defendant. | ) |

___

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
___

Before the Court is the United States Magistrate Judge' Report and Recommendation that Defendant Wilson & Associates' Motion to Dismiss be granted, filed on February 13, 2015.[1] (ECF No. 30). Objections to the Report and Recommendation were due within fourteen (14) days after being served with a copy of the recommended disposition, making the objections due on or before March 2, 2015. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation de novo, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion to Dismiss is **GRANTED**.

**IT IS SO ORDERED.**

                   s/ S. Thomas Anderson
                   S. THOMAS ANDERSON
                   UNITED STATES DISTRICT JUDGE

                   Date: March 20, 2015.

___

[1] Defendant J.P. Morgan Chase Bank joined in Wilson & Associates' Motion to Dismiss and filed its own memorandum in support on November 18, 2014.